## March 2, 1978

M. P. No. 76-355, 76-339.  BLACKSTONE VALLEY CHAMBER OF COMMERCE, GREATER WOONSOCKET CHAMBER OF COMMERCE AND THE GREATER PROVIDENCE CHAMBER OF COMMERCE, *Petitioners v.* EDWARD W. BURMAN, JOHN J. WRENN, *and* WILLIAM W. HARSCH, *in their capacities as members of the Public Utilities Commission of the State of Rhode Island, Respondents.* The respondents' motion to dismiss the instant petitions and quash the writ previously issued is granted. If the petitioners file their brief on or before March 24, 1978, the Clerk is hereby authorized to enter an order vacating this dismissal order. *John F. Sherlock, Jr.,* for petitioners. *Julius C. Michaelson,* At-

torney General, *R. Daniel Prentiss,* Special Assistant Attorney General, for respondents.